PATRICK AGUIRRE #189103
LAW OFFICES OF PATRICK S. AGUIRRE
1107 R STREET
FRESNO, CA 93721
Telephone:  562-904-4337
Facsimile:  562-928-3999
Email:  attorney@paguirrelaw.com

Attorney for Defendant
Christopher Joseph Contreras

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-cr-00159-JLT-SKO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| CHRISTOPHER JOSEPH CONTRERAS, | |
| Defendant. | |

   Defendant, CHRISTOPHER CONTRERAS, by and through his counsel of record, PATRICK S. AGUIRRE, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, DAIVD L. GAPPA, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, April 1, 2024, at 10:00 a.m. be continued to Monday, April 29th, 2024, at 10:00 a.m. in the courtroom for the Honorable Jennifer L Thurston, District Judge.

   The continuance is necessary and good cause exists because Mr. Aguirre is set to start a murder trial on *People v. Jose Hernandez* Riverside Superior Court case number RIF2102829.

   This stipulation is based on good cause and in the interest of justice.  For the reasons set forth above, the parties agree that the sentencing hearing currently scheduled for April 1st, 2024, at 10:00 a.m. be continued to April 29th, 2024 at 10:00 a.m.

1

**IT IS SO STIPULATED**

                                      Respectfully submitted,

Dated: March 8, 2024　　　　　　　　　　/s/ *Patrick S. Aguirre*
　　　　　　　　　　　　　　　　　　　　Patrick S. Aguirre
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**IT IS SO STIPULATED**

Dated: March 8, 2024　　　　　　　　　　/s/*David L. Gappa*
　　　　　　　　　　　　　　　　　　　　DAVID L. GAPPA
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

**IT IS SO ORDERED**

Dated:  March 11, 2024　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JUDGE JENNIFER L THURSTON